

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00367-CV

**IN RE A.B.C., A CHILD**,

407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01083
Honorable Richard Garcia, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on August 9, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court